**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2090**

MICHAEL SINDRAM,

                    Plaintiff - Appellant,

          v.

CITY OF TAKOMA PARK POLICE DEPARTMENT; K. GILBERT; MR.
GODELEWSKI; MR. WOLFF, #8352; TERRY JOHNSSON,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge.  (8:10-cv-00681-PJM)

Submitted:  November 18, 2010        Decided:  November 24, 2010

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Sindram, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Sindram appeals a district court order denying his motion for clarification and modification of order and for related relief, which was construed by the district court as a motion for reconsideration. We have reviewed the record and the district court's order and affirm for the reasons stated by the district court. See Sindram v. City of Takoma Park Police, No. 8:10-cv-00681-PJM (D. Md. Aug. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED